THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  v. STATE BANK OF FORESTVILLE, Defendant.

In the Matter of the Accounting of FRANK L. SMITH, as
  Receiver of the State Bank of Forestville, Respondent.

  TITLE GUARANTY AND SURETY COMPANY, Appellant.

*People* v. *State Bank of Forestville,* 170 App. Div. 937, affirmed.
  (Argued January 7, 1916; decided January 25, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 7, 1915, which affirmed an order of Special Term
surcharging the accounts of Frank L. Smith, as receiver
of the State Bank of Forestville, removing said receiver
and appointing another in his place. The principal ques-
tions were: Whether the receiver's account was properly
surcharged with $6,602.24, voluntarily paid to the receiver
by a few stockholders of the bank, without warrant of
law, and kept in a separate personal account by the
receiver to await the result of legal proceedings that
finally resulted in the defeat of the receiver; also, whether
the receiver could be deprived of $6,005.96, awarded him
as commissions by four different orders of the Supreme
Court under the statute, without any showing that he
had forfeited such commissions, or that such sums were
not well earned and properly awarded to him, even if
the court could withhold commissions for $1,043.07 upon
moneys thereafter collected.

  *Adelbert Moot* and *William L Marcy* for appellant.

  *Egburt E. Woodbury,* Attorney-General (*Walter F.
Hofheins* of counsel), for the People, respondent.

  *Thomas C. Burke* and *A. F. Chapin* for receiver,
respondent.

  Order affirmed, with costs; no opinion.
  Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
COLLIN, HOGAN, CARDOZO and SEABURY, JJ.